# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellant,

v.

JONATHAN C. TIRADO and DESTINY A. TIRADO,

Appellees.

No. 2D2025-0486

————————————————

February 25, 2026

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, P.A., West Palm Beach, for Appellant.

Mark A. Nation of The Nation Law Firm, Longwood, for Appellees.

PER CURIAM.

   Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.